STATE v. J. A. BRYSON and others.

*Indictment—Conclusion of.*

It is no ground for an arrest of judgment that an indictment charging only a common law offence, concludes " *contra formam statuti*," and " against the peace and dignity of the State. The conclusion against the statute may be rejected as surplusage.

(*State* v. *Lamb*, 65 N. C. 419, cited and approved.)

INDICTMENT for disturbing a Religious Congregation tried at Spring Term, 1878, of HENDERSON Superior Court, before *Cloud, J.*

---

STATE v. PICKENS

---

There was a verdict of guilty, motion in arrest of judg-- ment, motion overruled, and appeal by defendants.

*Attorney General*, for the State.
*Mr. J. H. Merrimon*, for the defendants.

FAIRCLOTH, J. The defendants were indicted for disturb-- ing a religious congregation which is a common law offence, and the indictment concluded *contra formam statuti*, and against the peace and dignity of the State. After convic- tion they moved in arrest of judgment on the ground that· the indictment concluded against the statute. It has often been held that this part of the conclusion is merely sur- plusage. *State* v. *Lamb*, 65 N. C. 419; *Com.* v. *Hoxey*, 16· Mass. 385; 2 Leach Cr. Law, 584; 2 Hale 190. The objec- tion is not sustained. Let this be certified and the Superior Court will proceed according to law.·

No error.                  Judgment affirmed.